RICHTER v. RUST.

(Supreme Court, Appellate Division, First Department. October 28, 1910.)

APPEAL AND ERROR (§ 1003*)—VERDICT—CONCLUSIVENESS.

A verdict against the weight of evidence will be set aside on appeal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 3938; Dec. Dig. § 1003.*]

Appeal from Trial Term, New York County.

Action by Paul E. Richter against Bernard Rust. From a judgment for plaintiff, entered on the verdict of a jury, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered.

Argued before INGRAHAM, P. J., and LAUGHLIN, SCOTT, MILLER, and DOWLING, JJ.

John H. Post, for appellant.

Charles L. Hoffman, for respondent.

PER CURIAM. The judgment and order appealed from should be reversed, and a new trial ordered, with costs to abide the event, upon the ground that the verdict was against the weight of evidence. All concur.